**Fermin Vicente HERNANDEZ,
Petitioner—Appellant,**

v.

**Neil H. ADLER, Warden, Respondent—
Appellee.**

**No. 08–16958.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2009.*

Filed March 31, 2009.

Fermin Vicente Hernandez, Taft, CA, pro se.

Dale Patrick, Esquire, Litigation Coordinator, Taft, CA, Robert Andrew Ford, Andje Morovich, Lewis Brisbois Bisgaard & Smith, LLP, San Francisco, CA, Phillip A. Talbert, Assistant U.S., USSAC–Office of the U.S. Attorney, Sacramento, CA, for Respondent–Appellee.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

MEMORANDUM **

Fermin Vicente Hernandez appeals pro se from the district court's judgment denying his 28 U.S.C. § 2241 petition for a writ of habeas corpus. We have jurisdiction

---

pursuant to 28 U.S.C. § 2253, and we affirm.

Hernandez contends that the Bureau of Prisons ("BOP") has improperly calculated his two federal sentences to be partially consecutive. However, the record reflects that the BOP has calculated the sentence as the Eastern District of Tennessee intended. *See* 18 U.S.C. § 3584(a); *cf. Taylor v. Sawyer,* 284 F.3d 1143, 1148–49 (9th Cir.2002). Moreover, the BOP's determination of when the sentence began to run did not deny Hernandez pre-sentence credits he was entitled to receive under 18 U.S.C. § 3585(b). *See* 18 U.S.C. § 3585(b); *cf.* 18 U.S.C. § 3584(a).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

